# Exhibit "A"



















# Exhibit "B"













# Exhibit "C"















# Exhibit "D"



# Exhibit "E"





